**In The**

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00281-CV**

_____

**IN RE KLEIN INVESTMENTS, INC.**

**Original Proceeding**
**60th District Court of Jefferson County, Texas**
**Trial Cause No. B-199,953-A**

**MEMORANDUM OPINION**

Klein Investments, Inc., Relator, petitioned for mandamus relief from an order of an assigned judge denying a motion to seal court records in a civil case. *See generally* Tex. R. Civ. P. 76a. Relator has an adequate remedy by appeal. *See id* 76a.8. ("Any order (or portion of an order or judgment) relating to sealing or unsealing court records shall be deemed to be severed from the case and a final

judgment which may be appealed by any party or intervenor who participated in the hearing preceding issuance of such order.").[1]

PETITION DENIED.

PER CURIAM

Submitted on August 15, 2018
Opinion Delivered August 16, 2018

Before McKeithen, C.J., Kreger and Johnson, JJ.

---

[1] Relator complains of a separate, earlier order by a judge who recused himself before Relator filed the mandamus petition. The successor judge is the appropriate respondent. *See In re Blevins*, 480 S.W.3d 542, 543-44 (Tex. 2013).